IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| RARIDON & ASSOCIATES ORTHOPEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT SCHMIDT, <br><br> Defendant. | CASE NO. 4:21-cv-280 <br><br><br> **PLAINTIFF'S COMPLAINT AND JURY DEMAND** |

Plaintiff Raridon & Associates Orthopedics, Inc. ("Raridon") states the following for its Petition and Jury Demand against Defendant, Robert Schmidt ("Schmidt"):

## PARTIES, JURISDICTION, AND VENUE

1.      Raridon is an Iowa corporation doing business in Iowa with its principal place of business in Clive, Iowa.

2.      Schmidt is a resident of Kansas.

3.      Raridon and Schmidt entered into an Independent Contractor Agreement ("Agreement") on January 1, 2016. The Agreement is attached hereto as Exhibit 1.

4.      Schmidt's breach of the Agreement is the subject of this lawsuit.

5.      The Agreement's choice-of-law provision requires litigation be conducted in the Southern District of Iowa.

6.      Venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(2).

7.      Complete diversity between Raridon and Schmidt exists pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000. Defendant is subject to the jurisdiction of this court.

#3309392

**FACTUAL ALLEGATIONS**

8.    On January 1, 2016, Raridon and Schmidt entered into the Agreement.

9.    The Agreement contains terms governing the business relationship between the parties wherein, generally, Schmidt agreed to act as an independent contractor marketing and selling Raridon's orthopedic products while Raridon agreed to compensate Schmidt as described in the Agreement.

10.    The Agreement required Schmidt not to sell competing products.

11.    The Agreement required Schmidt not to solicit or interfere with Raridon's other independent contractors, employees, or business.

12.    Schmidt sold Raridon products to Dr. Joe Mumford at Stormont Vail Hospital in Topeka, Kansas.

13.    Elijah Jimerson ("Jimerson") worked as an independent contractor for Raridon and a sub-contractor under Schmidt at Stormont Vail Hospital in Topeka, Kansas.

14.    Among other things, Raridon sold DePuy Synthes knee and hip joints.

15.    On June 23, 2021, Schmidt asked Jimerson to send him photographs of the screens showing each stage of the intra-operative computer-guided navigation for implantation of Raridon/DePuy Synthes knee and hip joints.

16.    Jimerson sent Schmidt the photographs by text message.

17.    On June 25, 2021, Schmidt told Jimerson that Dr. Mumford was going to try using a competing manufacturer's hip and knee joints, those of "DJO, LLC." Schmidt asked Jimerson to "Be a bro and help him out."

18.    Schmidt also asked Jimerson not to talk to the person he reported to at Raridon, David Jandric, about Dr. Mumford's use of DJO products.

2

19. On June 29, 2021, Jimerson assisted Dr. Mumford with implantation of three DJO products instead of the previously scheduled Raridon/De Puy Synthes products.

20. That same day, Jimerson confirmed to Schmidt that the first DJO surgery had been completed, and Schmidt asked Jimerson to call him.

21. On June 30, 2021, Jimerson assisted Dr. Mumford with another three procedures using DJO products instead of Raridon's De Puy Synthes products.

22. That same day, Jandric texted Jimerson. Instead of responding, Jimerson contacted Schmidt. Schmidt told Jimerson that Jandric was likely calling to discuss an exit interview.

23. Jimerson then contacted Jandric. Despite Schmidt's request that he not talk to Jandric, Jimerson told Jandric about Dr. Mumford's use of the DJO products.

24. On July 1, 2021, Jimerson told Schmidt that he had told Jandric about Dr. Mumford trialing the DJO products.

25. On July 2, 2021, Schmidt attempted to call Jimerson. Jimerson did not answer because he realized that Schmidt had been working against Raridon and De Puy Synthes.

26. Raridon terminated Schmidt's Agreement on July 2, 2021.

27. On information and belief, Schmidt now works for DJO.

**COUNT I - BREACH OF CONTRACT**
**Against Defendant Schmidt**

28. Plaintiff incorporates by reference the allegations set out in paragraphs 1 through 26.

29. The parties entered into the Agreement on January 1, 2016.

3

30. Schmidt agreed not to sell competing products or solicit or interfere with Raridon's other independent contractors or employees.

31. Raridon agreed to compensate Schmidt as described in the Agreement.

32. Raridon fulfilled its contractual obligations.

33. Schmidt breached the Agreement by substituting competing products during surgeries performed by a Raridon customer, Dr. Joe Mumford, and by using a Raridon independent contractor, Elijah Jimerson, to facilitate the substitution.

34. Schmidt also breached the Agreement by inducing Jimerson to photograph Raridon's intellectual property and send the photographs to him by text message.

35. Schmidt's breaches caused damage to Raridon.

36. Raridon requests damages in the amount owing and due under the Agreement.

WHEREFORE, Plaintiff Raridon requests judgment against Defendant Schmidt and in its favor in an amount which will fully and fairly compensate it for its damages and for the maximum interest allowed by law; and for such other and further relief as the Court deems just and equitable under the circumstances.

/s/ Holly M. Logan
Holly M. Logan AT0004710
Elizabeth A. Etchells AT0012670
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Email: Holly.Logan@dentons.com
Email: Elizabeth.Etchells@dentons.com

ATTORNEYS FOR PLAINTIFFS

4